Dennis L. Kennedy
Nevada Bar No. 1462
Sarah E. Harmon
Nevada Bar No. 8106
Joshua P. Gilmore
Nevada Bar No. 11576
BAILEY❖KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: (702) 562-8820
Facsimile: (702) 562-8821
dkennedy@baileykennedy.com
sharmon@baileykennedy.com
jgilmore@baileykennedy.com

Attorneys for Defendant/Counter-Claimant
DAVID URQUHART and Counter-Claimant
WESTHAMPTON, LTD.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ABIGAIL INVESTMENTS LLC, a Nevada limited liability company,<br><br>      Plaintiff,<br>v.<br><br>DAVID URQUHART, an individual,<br><br>      Defendant. | Case No. 09-CV-1174-(JCM) (GF)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART THE MOTIONS TO DISMISS BY THE COUNTER-DEFENDANTS** |
| DAVID URQUHART, an individual; and WESTHAMPTON, LTD., a Canadian entity,<br><br>      Counter-claimants,<br>v.<br><br>ABIGAIL INVESTMENTS, LLC, a Nevada limited liability company; MAINLAND RESOURCES, INC., a Nevada corporation; ROBERT FEDUN, an individual; SIMEON KING HORTON, an individual; MICHAEL NEWPORT, an individual; BRENT PIERCE, an individual; GINO CICCI, an individual; VAUGHN BARBON, an individual; EMPIRE STOCK | |

|   |   |
|---|---|
| 1 | TRANSFER, INC., a Nevada corporation; WILLIAM THOMAS, an individual; MORGAN CREEK ENERGY CORPORATION, a Nevada corporation; PIERCO PETROLEUM, INC., an Oklahoma corporation; PIERCO ENERGY COPRORATION, an Oklahoma corporation; BYRON COULTHARD, and individual; ERNEST SOROCHAN, an individual; ANGELO VIARD, an individual; MARCUS JOHNSON, an individual; THOMAS MARKHAM, II, an individual; D. BRUCE HORTON, an individual; BLAKE BOX, an individual; STEPHEN JEWETT, an individual; ERIK ESSIGER, an individual; PETER WILSON, an individual; and DOES I-X, inclusive;

Counter-defendants. |

## ORDER GRANTING IN PART AND DENYING IN PART THE MOTIONS TO DISMISS BY THE COUNTER-DEFENDANTS

On April 15, 2010, this Court heard oral argument on (1) the Motion to Dismiss Counter-Complaint filed by Brent Pierce ("Mr. Pierce"), Gino Cicci ("Mr. Cicci"), Vaughn Barbon ("Mr. Barbon"), Pierco Petroleum, Inc. ("Pierco Petroleum"), and Pierco Energy Corporation ("Pierco Energy") (Docket No. 89); (2) the Motion to Dismiss Counter-Complaint and Joinder filed by Robert Fedun ("Mr. Fedun"), Simeon King Horton ("Ms. King Horton") and Michael Newport ("Mr. Newport") (Docket No. 90); (3) the Motion to Dismiss Counter-Complaint and Joinder filed by Mainland Resources, Inc ("Mainland"), Ernest Sorochan ("Mr. Sorochan"), William Thomas ("Mr. Thomas") and Angelo Viard ("Mr. Viard") (Docket No. 91); (4) the Motion to Dismiss Counter-Complaint filed by Morgan Creek Energy Corporation ("Morgan Creek"), D. Bruce Horton ("Mr. Horton"), Marcus Johnson ("Mr. Johnson"), Peter Wilson ("Mr. Wilson"), Mr. Viard, Mr. Thomas, and Stephen Jewett ("Mr. Jewett") (Docket No. 92) and Joinder thereto (Docket No. 94); (5) Motion to Dismiss Counter-Complaint filed by Byron Coulthard ("Mr. Coulthard") and/or in the alternative, Motion for More Definite Statement and Abigail Investments, LLC ("Abigail") and Mr. Coulthard's Joinder to Motions to Dismiss and Motion to

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

Page 2 of 5

Strike References to the Contents of Settlement Communications (Docket No. 93); and (6) Empire Stock Transfer, Inc.'s ("Empire Stock") Joinder to the Motions to Dismiss (Docket No. 95). Dennis Kennedy, of Bailey Kennedy, appeared on behalf of David Urquhart ("Mr. Urquhart") and Westhampton Limited ("Westhampton"). Stephen J. Peek, of Holland & Hart LLP, and Christopher Wells, of Lane Powell PC, appeared on behalf of Mr. Pierce, Mr. Cicci, Mr. Barbon, Pierco Petroleum, and Pierco Energy. Aaron Ford, of Snell & Wilmer LLP, appeared on behalf of Abigail and Mr. Coulthard. Steve Morris, of Morris Peterson, appeared on behalf of Mainland, Mr. Sorochan, Mr. Thomas and Mr. Viard. Harold Gewerter appeared on behalf of Empire Stock. Craig Newby, of McDonald Carano Wilson, appeared on behalf of Morgan Creek, Mr. Horton, Mr. Johnson, Mr. Wilson, Mr. Viard, Mr. Thomas and Mr. Jewett. Cynthia Milanowski, of Hutchison & Steffen LLC, appeared on behalf of Mr. Fedun, Ms. King Horton, and Mr. Newport.

Having considered the Motions and oral argument, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Counter-defendants' Motions to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) is granted, and all counter-claims alleged against Pierco Energy, Pierco Petroleum, Mr. Coulthard, Ms. King Horton, Mr. Newport, Mr. Cicci, Mr. Barbon, Mr. Pierce, Mr. Horton, Mr. Thomas, Mr. Sorochan, Mr. Viard, Mr. Jewett, Mr. Johnson, and Mr. Wilson are dismissed, without prejudice, for failure to allege facts sufficient to establish either general or specific jurisdiction.

2. The Counter-defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 9(b) is granted, and the Twenty-Fifth, Thirtieth, and Thirty-First counter-claims are dismissed, without prejudice, for failure to plead claims for fraud, conspiracy, or aiding and abetting with sufficient particularity.

3. The Counter-defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) is granted, in part, and denied, in part. The Thirty-Fifth and Thirty-Eighth counter-claims are dismissed, without prejudice, for failure to allege sufficient facts relating to alter ego to state counter-claims for declaratory judgment and corporate veil. The Counter-defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) is denied as to all other counter-claims.

4. The Counter-defendants' Motion to Strike Settlement Communications is denied, without prejudice, and can be re-filed by separate motion.

5. All other relief requested in the Counter-defendants' Motions to Dismiss is denied, without prejudice.

6. The parties stipulate to dismiss, with prejudice, all counter-claims against Morgan Creek relating to the exercise of stock options, and only to the extent that the counter-claim relates to the exercise of Morgan Creek's stock options. These claims include, and are limited to, the Sixth, Thirteenth, Twenty-Third, Twenty-Sixth, Twenty-Seventh, Twenty-Eighth, Twenty-Ninth, Thirty-Second, Thirty-Third, Thirty-Fourth, Thirty-Fifth, and Thirty-Ninth counter-claims.

///
///
///
///
///
///
///
///
///

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

7. The Counter-claimants' voluntarily withdrew their Motion for Leave to File an Answer and First Amended Counter-complaint; however, the Counter-claimants are granted leave to file an amended counter-complaint within 30 days of the date of this Order.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 24. 2010

Respectfully submitted by:

BAILEY KENNEDY

By: /s/ Sarah E. Harmon
    Dennis L. Kennedy
    Nevada Bar No. 1462
    Sarah E. Harmon
    Nevada Bar No. 8106
    Joshua P. Gilmore
    Nevada Bar No. 11576
    BAILEY❖KENNEDY
    8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148-1302
    Telephone: (702) 562-8820
    Facsimile: (702) 562-8821
    dkennedy@baileykennedy.com
    sharmon@baileykennedy.com
    jgilmore@baileykennedy.com

*Attorneys for Defendant/Counter-Claimant DAVID URQUHART and Counter-Claimant WESTHAMPTON, LTD.*

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148
PHONE (702) 562-8820
FAX (702) 562-8821

Page 5 of 5