# EXHIBIT A

# EXHIBIT A

**Individuals and Corporations that Mr. Pierce, Mr. Cicci, and/or Mr. Barbon Utilize to Gain Ownership, Control, and/or Influence Over Public Companies and to Conceal Their Direct Involvement With the Public Companies**



Controlled and Influenced Officers, Directors, Employees, Agents, and/or Consultants:
- Grant Atkins
- Marcus Johnson
- D. Bruce Horton
- Steven Jewett
- William Thomas
- Gary Powers
- Norman MacKinnon
- Marek Kreczmer
- Richard Elliot Square
- Alexander Cox
- Leonard Braumberger
- Robert Stevens
- Diane Dalmy
- Bruce Paige
- Stephanie Ebert
- Katerina Limanova
- Bob Harris
- Nicholas Thompson

Public Companies:
- Morgan Creek Energy Corporation
- Mainland Resources, Inc.
- Lexington Resources, Inc.
- Transax International Limited
- Goldstate Corporation
- Petrogen Corporation
- Genemax Corporation
- Uranium Energy Corporation
- Geneva Resources, Inc.
- Uranium International Corporation

Controlled and Influenced Corporate Consultants:
- Investor Communications, International, Inc.
- International Market Trend, AG
- Tristar Financial Services, Inc.
- Amerocan Marketing, Inc.
- Parc Place Investments, AG
- Pierco Petroleum, Inc.
- Pierco Energy Corporation
- Westrock Land Corporation

Controlled and Influenced Stockholders:
- Newport Capital Corporation
- Spartan Asset Group
- Pacific Rim Financial, Inc.
- Rising Sun Capital Corporation
- Eastern Capital Corporation
- Calista Capital Corporation
- Phoenix Asset Corporation
- Verona Capital International
- Longfellow Industries (B.C.) Ltd.
- Orient Explorations, Ltd.
- Eiger Properties, Inc.
- Eiger East Finance, Ltd.
- Fairmont East Finance, Ltd.
- Clip Foundation