# EXHIBIT B

# EXHIBIT B

**Public Companies Owned, Influenced, and/or Controlled by Mr. Pierce, Mr. Cicci, Mr. Barbon, and/or Mr. Coulthard**

| | Morgan Creek Energy Corporation | Mainland Resources, Inc. | Lexington Resources, Inc. | Transax International Limited | Goldstate Corporation | Petrogen Corporation | Genemax Corporation | Uranium Energy Corporation | Geneva Resources, Inc. | Uranium International, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| Brent Pierce | X | X | X | X | X | X | X | X | X | |
| Gino Cicci | X | X | X | X | X | X | | | X | |
| Vaughn Barbon | X | X | X | | | X | | | | |
| Byron Coulthard | | X | | | | | | | X | |
| Grant Atkins | X | | X | X | X | X | X | X | | |
| Marcus Johnson | X | | X | X | X | X | | X | X | |
| D. Bruce Horton | X | | | | | X | | X | X | X |
| Steven Jewett | X | | X | | | X | X | X | X | |
| William Thomas | X | X | | | | | | | | X |
| Gary Powers | | | X | X | | | X | | | |
| Norman MacKinnon | | | X | | | X | X | | | |
| Marek Kreczmer | | | | | | | | | | X |
| Richard Elliot Square | | | X | | | | | | X | |
| Alexander Cox | | | X | X | | X | X | X | | |
| Leonard Braumberger | X | X | X | X | | | | | X | |
| Robert Stevens | | | X | X | | | | | | |
| Investor Communications International, Inc. | | | X | X | X | X | X | | | |
| International Market Trend AG | X | | X | X | | X | X | X | X | |
| Tristar Financial Services, Inc. | | | X | X | X | X | | | | |
| Amerocan Marketing, Inc. | | | X | X | X | | | | | |
| Parc Place Investments AG | | | X | | | | X | | | |
| Newport Capital Corporation | X | | X | X | | X | X | X | | |
| Spartan Asset Group | X | | | | | X | X | | | |

## Public Companies Owned, Influenced, and/or Controlled by Mr. Pierce, Mr. Cicci, Mr. Barbon, and/or Mr. Coulthard

| | Morgan Creek Energy Corporation | Mainland Resources, Inc. | Lexington Resources, Inc. | Transax International Limited | Goldstate Corporation | Petrogen Corporation | Genemax Corporation | Uranium Energy Corporation | Geneva Resources, Inc. | Uranium International, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| Pacific Rim Financial, Inc. | X | | | X | | X | X | | | |
| Rising Sun Capital Corporation | | | | X | X | X | X | | | |
| Eastern Capital Corporation | X | | X | | | | | | | |
| Calista Capital Corporation | | | | X | | | X | | X | |
| Phoenix Asset Corporation | | | X | | | | | | | |
| Verona Capital Corporation | X | | X | | | | | | | |
| Longfellow Industries (B.C.) Ltd. | X | | X | | | | | X | X | |
| Orient Explorations, Ltd. | | | X | | | | | | | |
| Eiger Properties, Inc. | | | | | | | X | | | |
| Eiger East Finance, Ltd. | | | X | | | | | | | |
| Fairmont East Finance, Ltd. | | | X | | | | | | | |
| Clip Foundation | | | | X | | | | | | |
| Diane Dalmy | X | X | X | X | X | X | X | X | X | X |
| Shared Office Location with ICI, IMT, and Tristar | | | | | | | | | | |