# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ABIGAIL INVESTMENTS LLC, a Nevada limited liability company,

        Plaintiff,

v.

DAVID URQUHART, an individual,

        Defendant.

2:09-CV-1174 JCM (GWF)

## ORDER

Presently before the court is defendant/counterclaimant David Urquhart's and counterclaimant Westhampton, Ltd.'s notice of motion and emergency motion to extend stay of litigation. (Doc. #169).

On September 29, 2010, the parties stipulated to a thirty-day stay of the litigation to conclude their settlement negotiations and to permit the parties to negotiate the terms and conditions of a written settlement and release agreement. (Doc. #165). The stay expired on November 1, 2010. Defendant/counterclaimant Urquhart and counterclaimant Westhampton have now represented to the court that the parties need an additional fourteen-days to finalize the procedural details of the settlement. No objections or responses have been filed to the motion.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant/ counterclaimant David Urquhart's and counterclaimant Westhampton, Ltd.'s notice of motion and emergency motion to extend stay of litigation (doc. #169) is hereby GRANTED.

**James C. Mahan**
**U.S. District Judge**

1   IT IS FURTHER ORDERED that the stay shall be extended to November 15, 2010.

2   DATED this 9th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -