JOINTLY SUBMITTED
BY ALL PARTIES

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ABIGAIL INVESTMENTS LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DAVID URQUHART, an individual,<br><br>Defendant. | CASE NO: 2:09-cv-1174-JCM-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| DAVID URQUHART, an individual; and WESTHAMPTON, LTD., a Canadian entity,<br><br>Counter-claimants,<br><br>v.<br><br>ABIGAIL INVESTMENTS, LLC, a Nevada limited liability company; MAINLAND RESOURCES, INC., a Nevada corporation; et al.,<br><br>Counter-defendants. | |
| MAINLAND RESOURCES, INC.,<br><br>Counter-claimants,<br><br>v. | |

DAVID URQUHART, an individual; )
and WESTHAMPTON, LTD., a )
Canadian corporation, )
)
        Counter-defendants. )
)
_____ )

Plaintiff/Counter-defendant Abigail Investments, LLC, a Nevada limited liability company, Defendant/Counter-claimant/Counter-defendant David Urquhart, an individual, Counter-claimant/Counter-defendant Westhampton, Ltd., a Canadian entity, Counter-defendant/Counter-claimant Mainland Resources, Inc., Counter-defendants Empire Stock Transfer, Inc., a Nevada corporation, Counter-defendant Morgan Creek Energy Corporation, a Nevada corporation, and individual Counter-defendants Byron Coulthard, Robert Fedun, Vaughn Barbon, Gino Cicci, Brent Pierce, Simeon King-Horton, and Michael Newport (all collectively referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate to dismiss all claims in this action, with prejudice, with each of the Parties to bear his/her/its own attorney's fees and costs.

| | |
|---|---|
| Dated: November 12, 2010 | Dated: October 25, 2010 |
| BAILEY KENNEDY | MORRIS PETERSON |
| By: /a/ Craig Henderson | By: /s/ Rosa Solis-Rainey |
|     Dennis Kennedy, No. 1462<br>    Sarah E. Harmon, No. 8106<br>    Craig Henderson, No. 10077<br>    8984 Spanish Ridge Avenue<br>    Las Vegas, Nevada 89148 |     Steve Morris, No. 1543<br>    Rosa Solis-Rainey, No. 7921<br>    900 Bank of America Plaza<br>    300 South Fourth Street<br>    Las Vegas, Nevada 89101 |
| Attorneys for David Urquhart and Westhampton, Ltd. | Attorneys for Mainland Resources, Inc. |

Dated: October 26, 2010

SNELL & WILMER

By: /s/ Kelly H. Dove
  Patrick G. Byrne, No. 7636
  Aaron D. Ford, No. 7704
  3883 Howard Hughes Pkwy., # 1100
  Las Vegas, Nevada  89169

Attorneys for Abigail Investments, LLC, and

Dated: October 26, 2010

HUTCHISON & STEFFEN

By: /s/ Cynthia Milanowski
  Mark A. Hutchison, No. 4639
  Cynthia Milanowski, No. 5652
  10080 West Alta Drive, #200
  Las Vegas, Nevada  89145

Attorneys for Robert Fedun, Simeon King-Horton, and Michael Newport

Dated: November 12, 2010

HOLLAND & HART

By: /s/ Bryce K. Kunimoto
  J. Stephen Peek, No. 1758
  Bryce K. Kunimoto, No. 7781
  3800 Howard Hughes Pkwy.,
  10th Floor
  Las Vegas, Nevada  89169

Attorneys for Brent Pierce, Vaughan Barbon and Gino Cicci

Dated: November 4, 2010

McDONALD CARANO WILSON LLP

By: /s/ Craig A. Newby
  George F. Ogilvie, III, No. 3552
  Craig A. Newby, No. 8591
  2300 West Sahara Avenue, #1000
  Las Vegas, Nevada  89102

Attorneys for Morgan Creek Energy Corporation

Dated: October 26, 2010

HAROLD P. GEWERTER, ESQ., CHTD.

By: /s/ Harold P. Gewerter
  Harold P. Gewerter, No. 0499
  2705 Airport Drive
  North Las Vegas, Nevada  89023

Attorneys for Empire Stock Transfer, Inc.

IT IS SO ORDERED this 17th day of November, 2010.

_____
Honorable James C. Mahan
United States District Judge

3